OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711



**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

02 1R
0002003152    JUN 10 2015
MAILED FROM ZIP CODE 78701

$ 00.27⁵

**6/8/2015**

**WALTON, CHARLES EVERETT   Tr. Ct. No. F1219728-A    WR-83,409-01**

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

DISC

**CHARLES EVERETT WALTON**
TDC # 1830511

